**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Beatrice Poe  | CHAPTER 13
      <u>Debtor(s)</u> |
  | BKY. NO. 15-13129 SR

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5207

           Respectfully submitted,

           **/s/Thomas Puleo, Esquire**
           Thomas Puleo, Esquire
           Brian C. Nicholas, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 825-6306  FAX (215) 825-6406