Certificate Number: 03088-PAE-DE-033834034

Bankruptcy Case Number: 15-13129



03088-PAE-DE-033834034

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 15, 2019</u>, at <u>8:34</u> o'clock <u>PM CST</u>, <u>Beatrice Poe</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 15, 2019</u>          By:    <u>/s/Maria Arreguin</u>

                                        Name:  <u>Maria Arreguin</u>

                                        Title: <u>Counselor</u>