Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 15-13129-AMC

BEATRICE POE  
1518 LINCOLN AVENUE  
SHARON HILL  PA    19079-2509

Petition Filed Date: 05/04/2015  
341 Hearing Date: 07/17/2015  
Confirmation Date: 11/25/2015

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $120.00 | | 01/30/2019 | $120.00 | | 02/11/2019 | $100.00 | |
| 02/25/2019 | $200.00 | | 03/29/2019 | $100.00 | | 04/04/2019 | $300.00 | |
| 04/24/2019 | $276.00 | | 05/28/2019 | $50.00 | | 06/06/2019 | $230.00 | |
| 07/08/2019 | $80.00 | | 07/10/2019 | $325.00 | | 07/30/2019 | $50.00 | |
| 08/13/2019 | $278.00 | | 09/12/2019 | $100.00 | | 09/23/2019 | $50.00 | |
| 10/01/2019 | $130.00 | 6215989000 | 10/15/2019 | $200.00 | 6249828000 | 12/09/2019 | $100.00 | |
| 12/16/2019 | $300.00 | | 01/07/2020 | $300.00 | | 01/28/2020 | $100.00 | |
| 02/18/2020 | $300.00 | | 04/02/2020 | $300.00 | | 05/04/2020 | $300.00 | |
| 06/02/2020 | $280.00 | | 07/10/2020 | $150.00 | | 07/23/2020 | $100.00 | |
| 08/07/2020 | $100.00 | | | | | | | |

**Total Receipts for the Period: $5,039.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,781.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $436.51 | $0.00 | $436.51 |
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $2,711.72 | $0.00 | $2,711.72 |
| 4 | QUANTUM3 GROUP LLC as agent for<br>»» 004 | Unsecured Creditors | $813.65 | $0.00 | $813.65 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $1,441.82 | $1,397.00 | $44.82 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $4,000.08 | $0.00 | $4,000.08 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $53,670.48 | $0.00 | $53,670.48 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $687.18 | $0.00 | $687.18 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 006 | Mortgage Arrears | $11,245.25 | $10,895.71 | $349.54 |
| 10 | PYOD LLC<br>»» 010 | Unsecured Creditors | $5,362.89 | $0.00 | $5,362.89 |
| 11 | BRAD J SADEK ESQ<br>»» 011 | Attorney Fees | $1,918.00 | $1,918.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,781.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $14,210.71 | Arrearages: | $463.25 |
| Paid to Trustee: | $1,390.29 | Total Plan Base: | $16,244.25 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.