United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 15-13129-amc
Beatrice Poe     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3
Date Rcvd: Dec 09, 2020     Form ID: 138NEW     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Beatrice Poe, 1518 Lincoln Avenue, Sharon Hill, PA 19079-2509 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13521945 | + | Aes/Pheaa, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13521946 | + | CCI, 2915 Professional Parkway, Augusta, GA 30907-6521 |
| 13839510 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13521950 | + | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13521951 | + | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13567973 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13521952 | + | Midland Mtg/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 13551618 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13587736 | | U.S. Deparment of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 03:03:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| 13582134 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 03:11:18 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13531043 | + | Email/Text: bankruptcy@cavps.com | Dec 10 2020 03:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13521947 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2020 03:37:00 | Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13521948 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 03:03:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 13522572 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 03:03:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 13583119 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2020 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 13521953 | + | Email/Text: Bankruptcies@nragroup.com | Dec 10 2020 03:38:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13612701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2020 03:08:20 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13550661 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2020 03:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13527827 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 10 2020 03:10:59 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13521955 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 10 2020 03:03:00 | Verizon, 500 Technology Dr, Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13521954 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13521949 | ##+ | Eastern Account System, 75 Glen Rd, Ste 110, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020                              Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor MidFirst Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Beatrice Poe brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MidFirst Bank Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 26 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Beatrice Poe

    Debtor(s)

Bankruptcy No: 15−13129−amc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 12/9/20

95 − 94
Form 138_new